**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

MARY E. GARCIA,                                     )
                                                    )
      Plaintiff,                            )
                                                    )
v.                                                  )        Cause No. 1:19-CV-356-HAB-JEM
                                                    )
ANDREW SAUL,                                        )
Commissioner of the Social                          )
Security Administration,                            )
                                                    )
      Defendant.                            )

**ORDER**

The United States Magistrate Judge's Report and Recommendation (ECF No. 16) was issued June 15, 2020, and the 14-day window within to object has passed with no objections filed.

ACCORDINGLY: Upon careful consideration of the Magistrate Judge's Report and Recommendation and the lack of objections thereto, the Report and Recommendation (ECF No. 16) is ACCEPTED AND ADOPTED.

The final decision of the Defendant Commissioner of Social Security denying Plaintiff Mary E. Garcia's application for Social Security disability benefits is REMANDED.

The Clerk shall enter judgment in favor of Plaintiff and against Defendant.

SO ORDERED on June 30, 2020.

         s/ Holly A. Brady
        JUDGE HOLLY A. BRADY
        UNITED STATES DISTRICT COURT