UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| MARY E. GARCIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:19-CV-356-HAB-JEM |
| | ) | |
| ANDREW SAUL, | ) | |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The United States Magistrate Judge's Report and Recommendation (ECF No. 22) was issued October 8, 2020, and the 14-day window to object has passed with no objections filed.

ACCORDINGLY: Upon careful consideration of the Magistrate Judge's Report and Recommendation and the lack of objections thereto, the Report and Recommendation (ECF No. 22) is ACCEPTED AND ADOPTED.

The Plaintiff's Petition for Attorney Fees Under the Equal Access to Justice Act (ECF No. 19) is GRANTED.  Plaintiff is awarded $6,211.56, to fully and completely satisfy any and all claims for fees, costs, and/or expenses that may have been payable to Plaintiff in this matter under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the Commissioner can verify that Plaintiff does not owe any pre-existing debt subject to an offset, the Commissioner will direct the award to be made payable to Plaintiff's attorney pursuant to the EAJA assignment signed by Plaintiff and Plaintiff's attorney.

SO ORDERED on October 27, 2020.

s/ Holly A. Brady

JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT